IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOSE RUIZ                                          :          CIVIL ACTION
[EC-2011]                                          :
                    v.                             :
                                                   :
RAYMOND LAWLER, et al                              :          NO. 11-1993


**<u>ORDER</u>**

AND NOW, this   23rd  day of February, 2012, upon consideration of the pleadings and

the record herein, and after review of the Report and Recommendation of M. Faith Angell,

United States Magistrate Judge, to which no objections were timely filed, it is hereby

**ORDERED** that:

      1.    The Report and Recommendation is **APPROVED AND ADOPTED**.

.      2.    The Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254, is

**DENIED AND DISMISSED WITHOUT AN EVIDENTIARY HEARING**.

      There is no probable cause to issue a certificate of appealability.


BY THE COURT:


 /s/ Norma L. Shapiro
NORMA L. SHAPIRO, J.