IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE RUIZ** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | No. 11-1993 |
| **RAYMOND LAWLER, et al.** | : | |

### ORDER

**AND NOW**, this 31st day of August, 2015, upon consideration of the Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, Magistrate Judge Angell's Report and Recommendation and Supplemental Report and Recommendation, Petitioner's Objections to the Report and Recommendation and Objections to the Supplemental Report and Recommendation, and all related submissions, and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that:

1. The Petition for Writ of Habeas Corpus is **DENIED**.

2. A certificate of appealability is **DENIED**.

3. The Clerk of Court is directed to **CLOSE** this case.

*/s/ Norma L. Shapiro*
J.
